**FILED: 10/2/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States*, | CASE NO. CV 12-1043-GHK (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *$20,080 in U.S. Currency*, | |
| Defendant. | |

Pursuant to the Court's October 2, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that all right, title, and interest of potential claimants Jamie Orlan Weston, Kereka Henry, and all other potential claimants in and to the Defendant Currency is condemned and forfeited to the United States of America.

**IT IS SO ORDERED**.

DATED: October 2, 2012

_____
GEORGE H. KING
Chief United States District Judge